```
                    FILED
      CLERK, U.S.D.C. SOUTHERN DIVISION

              APR - 7 2008

      CENTRAL DISTRICT OF CALIFORNIA
      BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JENKINS, JR., | Case No. CV 07-5115-ODW (RNB) |
| Plaintiff, | |
| vs. | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| C/O TAUANUU, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, including the original Report and Recommendation and the Supplemental Report and Recommendation of the United States Magistrate Judge. No objections to the Supplemental Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the original Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

//
//
//
//
//

1

1  IT THEREFORE IS ORDERED that (1) defendant's Motion to Dismiss is
2  denied, and (2) defendant Tauanuu shall file an Answer to the Second Amended
3  Complaint within twenty (20) days.

5  DATED: 4/4/'08

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE